
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

PAUL C. BOLIN,

    Plaintiff,                               No. C 12-0637 PJH (PR)

    v.                                       **ORDER OF TRANSFER**

Governor EDMUND G. BROWN, et al.,

    Defendants.
                               /

    This is a civil rights case brought pro se by a state prisoner. It was originally filed in the United States District Court for the Eastern District of California, which transferred it here. Venue is correct in either district. *See* 28 U.S.C. § 1391(b). Plaintiff has moved to return the case to the Eastern District, and that court has informally requested that it be transferred back.

    For the convenience of the parties and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a). Plaintiff's motion (document number 13) is **DENIED** as moot.

    **IT IS SO ORDERED.**

Dated: May 29, 2012.

                                             PHYLLIS J. HAMILTON
                                             United States District Judge

G:\PRO-SE\PJH\HC.12\Bolin637.trn.wpd

*United States District Court — For the Northern District of California*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL C BOLIN,

        Plaintiff,

  v.

EDMUND G BROWN et al,

        Defendant.

Case Number: CV12-00637 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul C Bolin E-88100
SQSP
San Quentin State Prison
San Quentin, CA 94974

Dated: May 29, 2012

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk