UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>            Plaintiff,<br><br>     v.<br><br>EDMUND G. BROWN, et al.,<br><br>            Defendants.<br>_____ / | 1:12-cv-00077-LJO-GSA-PC<br>Appeals Court Case Number:  12-17079<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT<br><br>(Document #20) |

     Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Judgment was entered in this case on August 23, 2012, and on September 13, 2012, Plaintiff filed a notice of appeal.  (Docs. 19, 21.)

     On September 13, 2012, Plaintiff filed an application to proceed in forma pauperis on appeal. (Doc. 20.)  Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, a party who was permitted to proceed in forma pauperis in the district court action may proceed in forma pauperis on appeal without prior authorization.  Fed. R. App. P. 24.  In this case, Plaintiff's previous application to proceed in forma pauperis, filed on January 17, 2012 in the district court action, was granted on January 30, 2012.  (Docs. 2, 4.)  Therefore, Plaintiff does not require authorization to proceed in forma pauperis on appeal, and Plaintiff's application filed on September 13, 2012, is moot.

///

-1-

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis on appeal, filed on September 13, 2012, is DISREGARDED AS MOOT; and

2. The Clerk of Court is DIRECTED to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   September 20, 2012                       /s/ Gary S. Austin
                                                  UNITED STATES MAGISTRATE JUDGE